FILED:  November 21, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2214 (L)
(3:14-cv-01188-JMC)
_____

ARLEAN K. BROWN, as the Personal Representative of Melvin K. Lawhorn

      Plaintiff - Appellee

v.

BRIAN ELLIOT; JIM MATTHEWS, individually and in his official capacty as the
Sheriff of Kershaw County; KERSHAW COUNTY SHERIFF'S OFFICE; KERSHAW
COUNTY

      Defendants - Appellants

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 01/13/2017

Opening brief due: 01/13/2017

Opening/response brief due: 02/16/2017

Response/reply brief due: 03/22/2017

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk