---

**RECORD NO. 16-2214; 16-2218**

---

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

ARLEAN K. BROWN as Personal Representative of Melvin K. Lawhorn,

*Plaintiff-Appellee*

v.

BRIAN ELLIOTT; JIM MATTHEWS, individually and in his official capacity as the Sheriff of Kershaw County; and KERSHAW COUNTY SHERIFF'S OFFICE

*Defendants-Appellants*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

---

**JOINT MOTION FOR LEAVE TO FILE CORRECTED
BRIEFS AND CORRECTED JOINT APPENDIX**

---

Pursuant to Federal Rules of Appellate Procedure 27 and 30 and Local Rule 32(c), the parties move for leave to file corrected versions of their briefs and the Joint Appendix. The parties were recently notified of errors in the Joint Appendix requiring correction and now seek leave to file a corrected version out of time.

1

Specifically, the Court notified the parties that the Joint Appendix improperly contains condensed versions of deposition transcripts.

This motion seeks leave to correct the Joint Appendix by removing all portions of the Joint Appendix containing condensed transcript pages and replacing them with full transcript pages. Since these changes will alter the Joint Appendix's pagination, the parties also seek leave to file corrected versions of their briefs to reflect the proper Joint Appendix citations. The corrected versions of the briefs will not include any additional arguments or other substantive changes.

The parties can complete the corrections and file corrected versions of the Joint Appendix and briefs by July 28, 2017. Accordingly, the parties request the Court retain the currently-scheduled September 15, 2017, argument date. Alternatively, the parties request the Court set this case for argument during the next available term.

Pursuant to Local Rule 27(a), the parties consulted on this motion and fully agree on the relief requested above.

                                        Respectfully submitted,

                                        s/Robert V. Phillips
                                        Robert V. Phillips
                                        Jordan C. Calloway
                                        McGowan, Hood & Felder, LLC
                                        1539 Health Care Drive
                                        Rock Hill, SC 29732
                                        (803) 327-7800

Attorneys for Plaintiff-Appellee

s/ H. Thomas Morgan, Jr.
H. Thomas Morgan, Jr.
DuBose-Robinson, PC
Post Office Drawer 39
Camden, SC 29201
(803) 432-1992

Attorney for Defendants-Appellants

July 17, 2017